Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

METROPOLITAN LIFE INSURANCE COMPANY v. MORRIS ROSENFIELD and Others, Impleaded with CONRAD HOLDING Co., INC. FLO RENYX.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

THE TEXAS COMPANY v. ESSANAAR GARAGE CORPORATION.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertaking required by sections 593 and 594 of the Civil Practice Act. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

BOND ELECTRIC CORPORATION, a Corporation Organized under the Laws of the State of Delaware, v. GOLD SEAL ELECTRIC Co., INC., a Corporation, etc., and Another.— Motion for reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

PAUL WOLF v. HEATING MAINTENANCE CORPORATION OF NEW YORK.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs, and the stay contained in the order to show cause dated May 16, 1935, continued pending the granting or final refusal by the Court of Appeals of leave to appeal upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

ANNA K. HANSEN, as Administratrix, etc., of HANS HANSEN, Deceased, v. GEORGE COLON & Co., Impleaded, etc., and THE STONE & WEBSTER BUILDING, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

In the Matter of the Application of HENRY P. LYLE for a Peremptory Order of Mandamus against GEORGE J. RYAN, President, and Others, Constituting the Board of Education of the City of New York.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

COLLET D. HUFF v. MARY McCORMIC.— Motion for leave to appeal to the Court of Appeals or for resettlement denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by THOMAS F. BEHAN, Deputy and Acting Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Liquidate the Business and Affairs of the EQUITABLE CASUALTY AND SURETY COMPANY. THE PENNSYLVANIA EXCHANGE BANK; SUPERINTENDENT OF INSURANCE.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

LILYAN KATZ v. THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

J. S. JUDGE & Co., INC., v. R. PENN SMITH, JR., and Others. THE AMERICAN SAVINGS BANK.— Motion for leave to appeal to the Court of Appeals or for a